ACCEPTED
03-13-00817-CV
5268395
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/13/2015 2:01:18 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00817-CV

_____

IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS, AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/13/2015 2:01:18 PM
JEFFREY D. KYLE
Clerk

_____

SETON FAMILY OF HOSPITALS D/B/A SETON MEDICAL CENTER,

Appellant,

v.

BEVERLY J. HAYWOOD,

Appellee.

_____

ON INTERLOCUTORY APPEAL FROM
THE 345TH JUDICIAL DISTRICT, TRAVIS COUNTY, TEXAS

_____

UNOPPOSED MOTION TO WITHDRAW COUNSEL FOR
APPELLANT

_____

EMILY J. DAVENPORT
State Bar No. 24012501
REED, CLAYMON, MEEKER &
HARGETT, PLLC
5608 Parkcrest Drive, Suite 200
Austin, Texas  78731
(512) 660-5960
(512) 660-5979 (Facsimile)

Attorneys for Appellant

1

**TO THE HONORABLE COURT OF APPEALS:**

In this motion, the following counsel move to withdraw as counsel for Seton Family of Hospitals d/b/a Seton Medical Center ("Seton"):

Ken Slavin
State Bar No. 18496100
Kemp Smith LLP
221 North Kansas Street, Suite 1700
El Paso, Texas 79901
(915) 533-4424 – telephone
(915) 546-5360 – facsimile

This motion applies as to Ken Slavin, only. Emily Davenport will continue to represent Appellant:

Emily J. Davenport
State Bar No. 24012501
Robert L. Hargett
State Bar No. 08996550
Janice M. Byington
State Bar No. 24006938
Reed, Claymon, Meeker & Hargett, PLLC
5608 Parkcrest Drive, Suite 200
Austin, Texas 78731
(512) 660-5960 – telephone
(512) 660-5979 – facsimile
edavenport@rcmhlaw.com
rhargett@rcmhlaw.com
jbyington@rcmhlaw.com

## PRAYER

Seton prays that the Court allow Ken Slavin to withdraw as appellate counsel for Seton. Seton seeks such other relief that the Court deems appropriate.

Respectfully submitted,


By:___s/ Emily J. Davenport_____
     EMILY J. DAVENPORT
     State Bar No. 24012501
     ROBERT L. HARGETT
     State Bar No. 08996550
     JANICE M. BYINGTON
     State Bar No. 24006938
     REED, CLAYMON, MEEKER & HARGETT, PLLC
     5608 Parkcrest Drive, Suite 200
     Austin, Texas  78731
     (512) 660-5960 – telephone
     (512) 660-5979 – facsimile
     edavenport@rcmhlaw.com
     rhargett@rcmhlaw.com
     jbyington@rcmhlaw.com

     **Attorneys for Appellant**

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P 10.1(a)(5), Appellant has conferred with counsel for Appellee, Robert C. Alden, and he has expressed no objection to this Motion to Withdraw Counsel for Appellant.

/s/ Emily J. Davenport
Emily J. Davenport

## CERTIFICATE OF SERVICE

Pursuant to rule 9.5 of the Texas Rules of Appellate Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been sent by e-mail and certified mail, return receipt requested to the following counsel of record on this 13th day of May, 2015:

Robert C. Alden
Byrd, Davis Furman & Alden, LLP
707 West 34th St.
Austin, TX 78705
(512) 454-3751
ralden@byrddavis.com

/s/ Emily J. Davenport
Emily J. Davenport